# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | CASE NO. CV-F-01-6396 REC SMS P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| v. | |
| L. ATCHUE, et al., | |
| | (Doc. 29) |
| Defendants. | |

Plaintiff Robert Lee Robins, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 17, 2003, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 17, 2003, is adopted in full;

2. This action shall proceed on plaintiff's second amended complaint only against

defendants Atchue, Ritchie, De Luna, Sullivan, Winett, Todd, Vaughn, Shiley, Whitlach, Schmidt, Crowell, Chapman, Grounds, Craven, Cramer, Leonard, Dam, and Eskardari for retaliation; against defendants Atchue, Ritchie, and White for excessive force; against defendant De Luna for denial of medical treatment; and against defendants Atchue, Jelleschitz, Johnson, and Cramer for violation of the Fourth and Fourteenth Amendments based on the strip searches;

3. Plaintiff's Eighth Amendment strip search claims, conspiracy claims, verbal abuse/harassment claims, due process claims, equal protection claims, and Eighth Amendment exercise claim are dismissed from this action, with prejudice, for failure to state any claims upon which relief may be granted;

4. Defendants Carey and Tyson are dismissed from this action, with prejudice, based on plaintiff's failure to state any claims upon which relief may be granted against them; and

5. This matter is referred back to the Magistrate Judge for service of process.

IT IS SO ORDERED.

**Dated:   April 18, 2005**            /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE