| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | CASE NO. CV-F-01-6396 REC SMS P |
| Plaintiff, | ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE OF PROCESS DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |
| v. | |
| L. ATCHUE, et al., | |
| Defendants. | (Doc. 28) |

Plaintiff Robert Lee Robins, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 5, 2001. The court has screened plaintiff's second amended complaint, filed August 4, 2003, pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under section 1983 against defendants Atchue, Ritchie, De Luna, Sullivan, Winett, Todd, Vaughn, Shiley, Whitlach, Schmidt, Crowell, Chapman, Grounds, Craven, Cramer, Leonard, Dam, and Eskardari for retaliation; against defendants Atchue, Ritchie, and White for excessive force; against defendant De Luna for denial of medical treatment; and against defendants Atchue, Jelleschitz, Johnson, and Cramer for violation of the Fourth and Fourteenth Amendments based on the strip searches.[1]

---

[1] On April 19, 2005, plaintiff's Eighth Amendment strip search claims, conspiracy claims, verbal abuse/harassment claims, due process claims, equal protection claims, and Eighth Amendment exercise claim were dismissed from this action, with prejudice, for failure to state any claims upon which relief may be granted, and defendants Carey and Tyson were dismissed from this action, with prejudice, based on plaintiff's failure to state any claims upon which relief may be granted against them. (Doc. 30.)

1

1   Accordingly, it is HEREBY ORDERED that:

2   1.   Service is appropriate for the following defendants:

3           C/O L. ATCHUE

4           C/O L. RITCHIE

5           C/O M. WHITE

6           C/O M. A. JELLESCHITZ

7           C/O B. A. JOHNSON

8           H. De LUNA, R.N.

9           CDW L. SULLIVAN

10          AW D. WINETT

11          AW K. TODD

12          AW T. C. VAUGHN

13          AW C. SHILEY

14          S. WHITLACH, CLASSIFICATION & PAROLE REP.

15          F. SCHMIDT, CLASSIFICATION & PAROLE REP.

16          G. CROWELL

17          CPT. D. CHAPMAN

18          CC II R. GROUNDS

19          CC II M. CRAVEN

20          SGT. P. CRAMER

21          T. LEONARD, PSW

22          DR. N. DAM

23          DR. ESKARDARI

24  2.   The Clerk of the Court shall send plaintiff twenty-one (21) USM-285 forms, twenty-
25       one (21) summonses, an instruction sheet and a copy of the complaint filed August
26       4, 2003.

27  3.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the
28       attached Notice of Submission of Documents and submit the completed Notice to the

court with the following documents:

  a.  Completed summons;

  b.  One completed USM-285 form for each defendant listed above; and

  c.  Twenty-two (22) copies of the endorsed complaint filed August 4, 2003.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated: April 20, 2005**       /s/ Sandra M. Snyder
i0d3h8               UNITED STATES MAGISTRATE JUDGE