BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
SANDRA L. LUSICH
Deputy Attorney General
JODIE A. SCHWAB (SBN 223131)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 327-1145
 Fax:  (916) 324-5205

Attorneys for Defendants Sullivan, Schmidt,
Todd, Winett, Whitlach, Johnson, Jelleschitz,
Grounds, White, DeLuna, Dam, Chapman,
Craven, Ritchie, Atchue and Eskandari
48149286-SA2005300697

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT LEE ROBINS, JR.,** | CASE NO. CV-F-01-6396 REC SMS P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **L. ATCHUE, et al.,** | |
| Defendants. | (Doc. 66) |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's Amended Complaint was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that, from the date this order is served, Defendants Sullivan, Schmidt, Todd, Winett, Whitlach, Johnson, Jelleschitz, Grounds, White,

///

///

///

1

1 | DeLuna, Dam, Chapman, Craven, Ritchie, Atchue and Eskandari have up to and including
2 | **October 10, 2005**, to file their response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **August 26, 2005**             /s/ Sandra M. Snyder
i0d3h8                                                   UNITED STATES MAGISTRATE JUDGE