UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LEE ROBINS, JR., | ) | 1:01-CV-6396 REC SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #74) |
| L. RITCHIE, et al., | ) ) | |
| Defendants. | ) ) ) | |

On October 7, 2005, defendants filed a second motion to extend time to respond to plaintiff's amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted **thirty (30) days** from the date of service of this order in which to respond to plaintiff's amended complaint.

IT IS SO ORDERED.

**Dated:   October 31, 2005**              /s/ Sandra M. Snyder
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE