IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT LEE ROBINS, JR.,** | CV-F-01-6396 REC SMS P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR SANCTIONS** |
| v. | |
| **L. ATCHUE, et al.,** | |
| Defendants. | |
| | (Doc. 85) |

Defendants Atchue, Chapman, Craven, Dam, DeLuna, Eskandari, Grounds, Jelleschitz, Johnson, Schmidt, Sullivan, Todd, Whitlach, and Winett's request for a 10-day extension of time to file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss and Request for Sanctions was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants are granted 10 days, to and including January 12, 2006, to file their reply to Plaintiff's Opposition.

IT IS SO ORDERED.

**Dated:     January 4, 2006                     /s/ Sandra M. Snyder**
i0d3h8                                UNITED STATES MAGISTRATE JUDGE

1