UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>L. ATCHUE, et al.,<br><br>        Defendants. | 1:01-cv-06396-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 90)<br><br>**ORDER DISMISSING CERTAIN DEFENDANTS PURSUANT TO RULE 4(M)** |

    Plaintiff Robert Lee Robins, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis, and has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 1, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. Neither plaintiff nor defendants filed an objection to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. §

636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 1, 2006, is ADOPTED IN FULL; and,

2. Defendants Leonard and Crowell are DISMISSED from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

**Dated: March 7, 2006**             /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE