UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>L. ATCHUE, et al.,<br><br>        Defendants.<br>_____/ | 1:01-cv-06396-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 97)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** (Doc. 80)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS** (Doc. 84) |

    Plaintiff Robert Lee Robins, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 10, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On May 24, 2006, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 10, 2006, is ADOPTED IN FULL; and,

2. Defendants' motion to dismiss for failure to exhaust the available administrative remedies as mandated by 42 U.S.C. § 1997e(a), filed November 30, 2005, is GRANTED IN PART and DENIED IN PART as follows:

   a. Defendants' motion to dismiss plaintiff's Fourth and Fourteenth Amendment claims against defendant Atchue stemming from the strip searches is GRANTED and the claims are DISMISSED, without prejudice;

   b. Defendants' motion to dismiss plaintiff's retaliation claim against defendant DeLuna is GRANTED and the claim is DISMISSED, without prejudice;

   c. Defendants' motion to dismiss plaintiff's claim against defendants Sullivan, Winett, Todd, Vaughn, Shiley, Whitlach, Schmidt, Chapman, Grounds, Craven, Cramer, Dam, and Eskardari for the retaliatory assessment of a SHU term is GRANTED and the claim is DISMISSED, without prejudice;

   d. Defendants' motion to dismiss the claim against defendants Jelleschitz and Johnson stemming from strip searches conducted in administrative segregation is DENIED, without prejudice; and,

1    3.   Plaintiff's motion for sanctions, filed December 27, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE