# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | CASE NO. 1:01-CV-06396-AWI-SMS-P |
| Plaintiff, | ORDER GRANTING REQUEST AND DIRECTING CLERK'S OFFICE TO RE-SERVE DOCUMENT 103 ON PLAINTIFF AT HIS CURRENT ADDRESS OF RECORD |
| v. | |
| L. ATCHUE, et al., | (Doc. 106) |
| Defendants. | |

On July 7, 2006, the Honorable Anthony W. Ishii issued an order granting in part and denying in part defendants' motion to dismiss. On July 25, 2006, plaintiff filed a statement notifying the Court that although he received defendants' recent answer and the Court's recent discovery and scheduling order, he did not receive Judge Ishii's order. Plaintiff requests a copy of the order. A review of the record reveals that plaintiff filed a notice of change of address the day before Judge Ishii's order was served. For reasons that are unclear, the order was served on plaintiff at his former address of record.

Accordingly, plaintiff's request is HEREBY GRANTED and the Clerk's Office shall re-serve document 103 on plaintiff at his current address of record.

IT IS SO ORDERED.

**Dated:   July 27, 2006**             /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

1