IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEE ROBINS, JR.,**<br><br>                              Plaintiff,<br><br>v.<br><br>**L. ATCHUE, et al.,**<br><br>                              Defendants. | 1:01-cv-6396-AWI-SMS (PC)<br><br>**ORDER GRANTING DEFENDANT CRAMER'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br>(Doc. 109) |

Defendant Cramer's first request for an extension of time to file a responsive pleading to Plaintiff's Amended Complaint was considered by this Court and, good cause appearing,

IT IS ORDERED that Defendant Cramer shall have a 30 day extension of time from the service of this Order to file her response to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

**Dated:    August 15, 2006**           /s/ Sandra M. Snyder
i0d3h8                                 UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendant Cramer's First Request for Extension of Time to Respond to Plaintiff's Amended Complaint

1