# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | CASE NO. 1:01-cv-06396-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR A FIFTEEN-DAY EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
| v. | |
| L. ATCHUE, et al., | (Doc. 121) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO RESPOND TO DISPOSITIVE MOTION WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THE MOTION |
| _____/ | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 15, 2007, defendants filed a motion seeking a fifteen-day extension of time to file a dispositive motion.

Good cause having been shown, it is HEREBY ORDERED that:

1.      Defendants' motion seeking a fifteen-day extension of time to file a dispositive motion is GRANTED;

2.      Defendants' dispositive motion is due within **fifteen (15) days** from the date of service of this order; and

///

///

///

///

1

3.      Plaintiff shall file an opposition or statement of non-opposition to the motion within **thirty (30) days** from the date of service of the motion or this action will be dismissed, with prejudice, for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

**Dated:    May 30, 2007                              /s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE

2